# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02524-CMA-CBS

GREGORY LEE TERHARK,

    Plaintiff,

v.

COVIDIEN LP (formerly Tyco Healthcare Group LP) d/b/a COVIDIEN,

    Defendant.

## ORDER OF RECUSAL

A Magistrate Judge "shall disqualify himself in any proceeding in which his impartiality might be reasonably be questioned." 28 U.S.C. § 455(a). In order to avoid the appearance of impropriety, I hereby recuse myself from the above entitled action. IT IS

1. ORDERED that the Clerk of the Court shall assign another magistrate judge to this case.

2. ORDERED that the December 2, 2013, scheduling conference is VACATED.

DATED at Denver, Colorado, on October 8, 2013.

                                            BY THE COURT:

                                            *s/Craig B. Shaffer*
                                            Craig B. Shaffer
                                            United States Magistrate Judge