**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 13-cv-02524-CMA-BNB

MELINDA HEATHER TERHARK, as Personal Representative of
the Estate of Gregory Lee TerHark,

     Plaintiff,

v.

COVIDIEN LP, f/k/a Tyco Healthcare Group LP
d/b/a COVIDIEN, a Foreign Limited Partnership (Delaware),

     Defendant.

**ORDER GRANTING MOTION TO SUBSTITUTE PLAINTIFF AND
TO AMEND CAPTION**

     Plaintiff's Motion to Substitute Melinda Heather TerHark (Doc. # 17) is GRANTED. It is hereby

     ORDERED that Melinda Heather TerHark be substituted as the proper party Paintiff in this matter, pursuant to Fed. R. Civ. P. 25(a)(1). It is

     FURTHER ORDERED that the caption on all subsequent filings shall reflect such substitution of Plaintiff in this case, as set forth above.

     DATED: February __06__, 2014

                                       BY THE COURT:

                                       */s/ Christine M. Arguello*
                                       _____
                                       CHRISTINE M. ARGUELLO
                                       United States District Judge