IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 13-cv-02524-CMA-BNB

GREGORY TERHARK,

    Plaintiff,

v.

COVIDIEN LP, f/k/a TYCO HEALTHCARD GROUP LP
d/b/a COVIDIEN, a Foreign Limited Partnership (Delaware),

    Defendant.

**ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to and in accordance with Fed. R. Civ. P. 41(a) and the Joint Stipulation of Dismissal With Prejudice (Doc. # 23), signed by the attorneys for the parties hereto, it is

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay his or its own attorney fees and costs.

DATED:  March __11__, 2014

                                  BY THE COURT:

                                  _____
                                  CHRISTINE M. ARGUELLO
                                  United States District Court Judge